**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

CARL SANDERS,                                         Case No. 8:20-bk-02731-RCT
    Debtor.[1]                                        Chapter 7
_____/

**MOTION TO DETERMINE**
**SECURED STATUS OF CLAIMS AND VOID JUNIOR LIEN HELD BY**
**SPINNAKER COVE TOWNHOMES PROPERTY OWNERS ASSOCIATION, INC.**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ae., Ste. 555, Tampa, FL 33602 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor, by and through the undersigned counsel, pursuant to 11 U.S.C. § 506(a) and Fed. R. Bankr. P. 3012, hereby files this *Motion to Determine Secured Status of Claims and Void Junior Lien Held by Spinnaker Cove Townhomes Property Owners Association, Inc*. (the "Motion") In support thereof, Debtor states as follows:

1.    On March 30, 2020, Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code. The Chapter 7 case was converted to a Chapter 13 case by order of this court on August 13, 2020.

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

2. The Debtor owns real property located at 4337 Spinnaker Cove Ln., Tampa, FL 33615 (the "Property"), legally described as:

> **Lot 3, Block 2, Revised, All of Lot 3, Less the Northerly 2.65 feet thereof, Together with the Northerly 2.65 feet of Lot 4, Block 2, of Spinnaker Cove Town homes, according to the plat thereof as recorded in Plat Book 94, Page 35, of the Public Record of Hillsborough County, Florida, and being more particularly described as follows:**
> **Beginning at the Southwesterly corner of said Lot 3, run thence along the Westerly boundary of said Block 2, N.33"00'0-0"E., 19.35 feet; thence along a line lying 2.65 feet Southerly of and parallel with the Northerly boundary of said Lot 3, S.57"00 00"E., 76.50 feet to a point on the Easterly boundary of said Block 2; thence along said Easterly boundary of Block 2, S.33"00'00"W., 22.00 feet; thence along a line lying 2.65 feet Southerly of and parallel with the Northerly boundary of the aforesaid Lot 4, N.57"00'00"W., 76.50 feet to a point on the aforesaid Westerly boundary of Block 2; thence along said Westerly boundary of Block 2, N.33"00'00"E., 2.65 feet to the Point of Beginning. Containing 1683 square feet, more or less.**

3. On the date of filing, the Property was encumbered by the following liens:

   a. FAY SERVICING, LLC ("Fay") held a senior lien in the amount of $507,995.91, loan number ending: 9240 (see Exhibit "A"); and

   b. SPINNAKER COVE TOWNHOMES PROPERTY OWNERS ASSOCIATION, INC. ("Creditor") held a junior lien in the amount of $144,374.97, pursuant to a final judgment in Hillsborough case number: 18-CA-006414, recorded as Instrument Number 2020110468, of the Public Records of Hillsborough County (see Exhibit "B").

4. The fair market value ("FMV") of the property is $333,043.00.

5. The senior liens encumbering the property, which are superior to the lien held by Creditor, are greater than the FMV of the property.

6.  In accordance with *In re Tanner*, 217 F.3d 1357 (11th Cir. 2000), because Creditor is a wholly unsecured junior lien holder, the Debtor is entitled to strip the lien from the Property in its entirety.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order:

(a)  granting the Motion;

(b)  determining the value of the Property to be $333,043.00;

(c)  determining Creditor's lien to be wholly unsecured and inferior to the lien of Fay;

(d)  voiding Creditor's lien upon the completion of Debtor's Chapter 13 Plan; and

(e)  for any additional relief that is deemed appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before September 9, 2020, a true and correct copy of the foregoing was furnished via electronic or regular mail to the following parties:

| | | |
|---|---|---|
| Kelly Remick<br>Chapter 13 Standing Trustee<br>P.O. Box 89948<br>Sun City, FL 33689 | United States Trustee – TPA7/13<br>Timberlake Annex, Ste. 1200<br>501 E. Polk St.<br>Tampa, FL 33602-3949 | Spinnaker Cove Townhomes<br>c/o Rabin Parker, P.A.<br>Attn: Monique Parker, Esq.<br>28059 U.S. Hwy. 19 N., Ste 301<br>Clearwater, FL 33761 |

Spinnaker Cove Townhomes
c/o CT Corporation System
1200 South Pine Island Rd.
Plantation, FL 33324

*/s/ Kenneth R. Case*
Kenneth R. Case, Esq.
Florida Bar No. 0073758
BROWN & ASSOCIATES LAW & TITLE, P.A.
11373 Countryway Blvd.
Tampa, FL 33626
T: (813) 289-8485
F: (813) 855-8485
E: kenny@brownalt.com



**Fay Servicing**
P.O. Box 619063
Dallas, TX 75261-9063

| Mortgage Statement |
|---|
| Statement Date 02/10/2020 |

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.

www.fayservicing.com

5-775-12393-0043955-009-1-000-100-000-000


JOHANNE C HAKEY
4337 SPINNAKER COVE LN
TAMPA FL 33615-5594

| | |
|---|---|
| **Account Number** | 9240 |
| **Payment Due Date** | 03/01/2020 |
| **Amount Due** | **$4,295.06** |

Property Address:

4337 SPINNAKER COVE LN
TAMPA FL 33615

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving a mortgage statement, you must submit a written request to the following address:
  Fay Servicing, LLC
  901 S. 2nd Street, Suite 201
  Springfield, IL 62704

If you later want to resume receiving a mortgage statement, you must submit a written request to the same address. Please be aware that we must comply with any order entered by the court in your bankruptcy case that requires us to cease providing a mortgage statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $413.10 |
| Interest | $1,017.63 |
| Escrow (for Taxes and/or Insurance) | $695.55 |
| **Regular Monthly Payment** | **$2,126.28** |
| Overdue Payments | $2,168.78 |
| Total Fees Charges | $0.00 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Amount Due** | **$4,295.06** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $507,995.91 |
| Current Interest Rate | 3.25000% |
| Escrow Balance | $1,232.94 |

### Past Payments Breakdown

| | Since Last Statement Paid | Year to Date |
|---|---|---|
| Principal | $410.87 | $410.87 |
| Interest | $1,019.86 | $1,019.86 |
| Escrow | $738.05 | $738.05 |
| Suspense | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total | $2,168.78 | $2,168.78 |

### Important Messages

**EXHIBIT A**

Instrument #: 2020110468, Pg 1 of 5, 9/28/2020 11:40:10 AM, Deputy Clerk: MZELI, Pat Frank, Clerk of the Circuit Court Hillsborough County

Case 8:20-bk-02731-RCT Doc 31 Filed 09/09/20 Page 5 of 9

IN THE CIRCUIT COURT FOR THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SPINNAKER COVE TOWNHOMES
PROPERTY OWNERS ASSOCIATION, INC.,

  Plaintiff,

v.              COUNTY CASE NO. 07-CC-17292, DIV. I
                **TRANSFERRED TO CIRCUIT COURT**
CARL SANDERS, et al.        **CASE NO. 18-CA-6414, DIV. C**

  Defendant.
_____/

FILED
CLERK OF CIRCUIT COURT
2020 FEB 25 PM 3:41
HILLSBOROUGH CNTY. FLA
CIRCUIT CIVIL

## **UNIFORM FINAL JUDGMENT OF FORECLOSURE**

  THIS ACTION was heard before the Court on Plaintiff's Motion for Final Summary Judgment on February 25, 2020. Based on the evidence presented and being otherwise fully informed in the premises,

  **IT IS ADJUDGED** that:

1. The Plaintiff's Motion for Summary Judgment is GRANTED. Service of process has been duly and regularly obtained over Carl Sanders, And Johanne C. Hakey, Defendants.

2. **VALUE OF CLAIM**: At the initiation of this action, in accordance with section 28.241(1)(a)2.b., Florida Statutes (effective for actions filed on and after June 1, 2009), Plaintiff estimated the amount in controversy of the claim to be less than $50,000.00. In accordance with 28.241(1)(a)2.c., Florida Statutes, the court identifies the actual value of the claim to be as stated in paragraph 3 below. For any difference between the estimated amount in controversy and the actual value of the claim that requires the filing fee to be adjusted, the clerk shall adjust the filing fee.

3. There is due and owing to the Plaintiff the following:

| | |
|---|---:|
| Assessments through 2/29/20: | $62,018.86 |
| Assessments coming due prior to sale: | 900.00 |
| Utility Charges through 2/20/20: | 712.86 |
| Interest through 2/25/20: | 71,597.38 |
| Costs: | 2,221.27 |
| Atty. Fees (0.20 hrs. x $185.00 per hour): | 50.00 |
| Atty. Fees (79.32 hrs. x $250.00 per hour): | 14,674.20 |

10058-016          Page 1 of 5

# EXHIBIT B

|  |  |
|---|---|
| Paralegal Fees (82.72 hrs. x $95.00 per hour): | 7,858.40 |
| **Subtotal:** | **$160,032.97** |
| **Less Payments through January 22, 2020:** | **(15,658.00)** |
| **TOTAL:** | **$144,374.97** |

4.    The total sum referenced above shall bear interest from this date forward at the prevailing legal rate of interest.

5.    Plaintiff, whose address is Spinnaker Cove Townhomes Property Owners Association, Inc., c/o Real Manage - Tampa, 5523 West Cypress Street, Suite 102, Tampa, Florida 33607, holds a lien for the total sum specified above. The lien of the Plaintiff is superior in dignity to any right, title, interest, or claim of the Defendants and all persons, corporations, or other entities claiming by, through, or under the Defendants, or any of them and the property will be sold free and clear of all claims of the Defendants, with the exception of any assessments that are superior pursuant to sections 718.116 or 720.3085, Florida Statutes. The Plaintiff's lien encumbers the subject property located in Hillsborough County, Florida, and described as:

**ALL OF LOT 3, LESS THE NORTHERLY 2.65 FEET THEREOF, TOGETHER WITH THE NORTHERLY 2.65 FEET OF LOT 4, BLOCK 2, OF SPINNAKER COVE TOWNHOMES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 94, PAGE 35, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT 3, RUN THENCE ALONG THE WESTERLY BOUNDARY OF SAID BLOCK 2, N.33°00'00"E, 19.35 FEET; THENCE ALONG A LINE LYING 2.65 FEET SOUTHERLY OF AND PARALLEL WITH THE NORTHERLY BOUNDARY OF SAID LOT 3, S'57°00'00"E 76.50 TO A POINT ON THE EASTERLY BOUNDARY OF SAID BLOCK 2, S'33°00'00"W, 22.00 FEET, THENCE ALONG A LINE LYING 2.65 FEET SOUTHERLY OF AND PARALLEL WITH THE NORTHERLY BOUNDARY OF THE AFORESAID LOT 4, N.57°00'00"W., 76.50 FEET TO A POINT ON THE AFORESAID WESTERLY BOUNDARY OF BLOCK 2, N.33°00'00"E.,, 2.65 FEET TO THE POINT OF BEGINNING. CONTAINING 1683 SQUARE FEET, MORE OR LESS.**

**Property Address: <u>4337 Spinnaker Cove Lane, Tampa, Florida 33615</u>**

6.    If the total sum with interest at the rate as set forth above and all costs accrued subsequent to this judgment are not paid, the Clerk of Court shall sell the subject property to the highest bidder for cash at public sale on     <u>3-31-2020</u>    , 2020 at 10:00 AM after having first given notice as required by Section 45.031, Florida Statutes. The judicial sale will be conducted electronically online at the following website:

10058-016

The judicial sale will be conducted electronically online at the following website: http://www.hillsborough.realforeclose.com. At least three (3) days prior to the sale, Plaintiff must pay the costs associated with the Notice of Publication. The party or their attorney shall be responsible for preparing, in accordance with section 45.031(2), Florida Statutes, and submitting the Notice of Sale to a legal publication. The original Notice of Sale and Proof of Publication must be filed with the Clerk of the Court at least 24 hours prior to the scheduled sale date after having first given notice as required by Section 45.031, Florida Statutes. At least three (3) days prior to the sale, Plaintiff must pay the costs associated with the Notice of Publication.

7. Plaintiff shall advance all subsequent required costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. <u>If a third party bidder is the purchaser, the third party bidder must pay the documentary stamps attached to the certificate of title in addition to the bid</u>. The purchaser of the property shall be required to pay the electronic sales fee assessed in accordance with section 45.035(3), Florida Statutes. *<u>The Clerk will not issue the Certificate of Title if the electronic sales fee is not paid</u>*.

8. If the Plaintiff incurs additional expenses subsequent to the entry of this final judgment but prior to the sale date specified above, Plaintiff may <u>seek other costs as supported by a</u> written <u>affidavit or</u> written motion served on all parties, seek to amend this final judgment to include said additional expenses.

9. On filing of the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate, <u>unless the property is purchased by a third party bidder</u>; third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest at the rate prescribed above from this date to the date of the sale; and by retaining any remaining amount pending further Order of this Court.

10. On filing of the Certificate of Title, Defendant(s) and all persons claiming under or against Defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property. Upon filing of the certificate of title, the person named in the certificate of title shall be let into possession of the property. On filing of the Certificate of Sale, Defendant(s) right of redemption as proscribed by Florida Statutes, Section 45.0315 shall be terminated.

11. **This Court has determined that the reasonable hourly rate and the number of hours expended in this case by counsel and paralegals for Plaintiff are reasonable based upon the applicable criteria. PLAINTIFF'S COUNSEL CERTIFIES THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH PLAINTIFF.** The Court

finds that there are no reduction or enhancement factors for consideration by the Court pursuant to <u>Florida Patient's Compensation v. Rowe</u>, 427 So. 2d 1145 (Fla. 1985).

12.    Pursuant to Florida Statutes, Section 45.031:

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT AT (813)276-8100 EXT. 4733 WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT BAY AREA LEGAL SERVICES, 829 W. DR. MARTIN LUTHER KING BOULEVARD, 2ND FLOOR, TAMPA, FLORIDA, 33603-3336, TELEPHONE NUMBER (813)232-1343, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE HILLSBOROUGH COUNTY BAR ASSOCIATION REFERRAL SERVICE AT (813)221-7780 FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

13.    <u>The Plaintiff may assign the judgment and credit bid by the filing of an assignment prior to the issuance of the Certificate of Title without further Order of the Court.</u>

10058-016

14. The Court retains jurisdiction of this action to enter further Orders that are proper, including, without limitation, <u>Orders authorizing writs of possession and an award of attorney's fees, and to enter a deficiency judgment if the borrower has not been discharged in bankruptcy.</u>

**DONE AND ORDERED** at Tampa, Hillsborough County, Florida, on this 25 day of February, 2020.

                                                CIRCUIT COURT JUDGE

<u>Copies furnished to:</u>
RABIN PARKER GURLEY, P.A.
28059 U.S. Highway 19 North, Suite 301
Clearwater, Florida 33761
For Electronic Service: Pleadings@RabinParker.com

Carl Sanders
4337 Spinnaker Cove Lane
Tampa, Florida 33615-5594

Johanne C. Hakey
120 Versailles Circle
Naples, Florida 34112