**[Doabtdsv]** [District Order Abating Motions to Determine Secured Status/Value and/or Strip]

ORDERED.

**Dated: September 10, 2020**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:20–bk–02731–RCT
         Chapter 13

Carl Sanders

_____Debtor*_____/

### ORDER ABATING MOTION TO DETERMINE SECURED STATUS

THIS CASE came on for consideration, without hearing, on the Motion to Determine Secured Status/Value of Spinnaker Cove Townhomes POA and to Strip Lien by the debtor, Doc. No. 31 (the "Motion"). After a review of the Motion, the Court determines that the Motion is deficient as follows:

> No claim has been filed on behalf of the affected creditor. The proof of claims bar date is October 29, 2020.

Accordingly, it is

**ORDERED:**

Consideration of the Motion is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.