ORDERED.

**Dated: November 03, 2021**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Carl Sanders,

        Debtor.
_____/

Case No.  8:20-bk-02731-RCT
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO
DETERMINE SECURED STATUS AND VOID JUNIOR LIEN**

THIS CASE was considered on October 27, 2021 for trial on Debtor Carl Sanders' Motion to Determine Secured Status of Claims and Void Junior Lien Held by Spinnaker Cove Townhomes Property Owners Association, Inc. (the "Motion").  (Doc. 31).  In accordance with the Court's valuation order (Doc. 99), it is

**ORDERED:**

1.      The Motion (Doc. 31) is **GRANTED**.

2.      Claim No. 4 of Spinnaker Cove Townhomes Property Owners Association, Inc. ("Spinnaker") shall be disallowed as a secured claim in this Chapter 13 case.

3.      The real property that is the subject of the Motion is located at **4337 Spinnaker Cove Lane, Tampa, Florida 33615** (the "Property"), and legally described as follows:

> **Lot 3, Block 2, Revised, All of Lot 3, Less the Northerly 2.65 feet thereof, together with the Northerly 2.65 feet of Lot 4, Block 2, of Spinnaker Cove Town homes, according to the plat thereof as recorded in Plat Book 94, Page 35, of the Public Record of Hillsborough County, Florida, and being more particularly described as follows:**
>
> **Beginning at the Southwesterly corner of said Lot 3, run thence along the Westerly boundary of said Block 2, N.33"00'0-0"E., 19.35 feet; thence along a line lying 2.65 feet Southerly of and parallel with the Northerly boundary of said Lot 3, S.57"00 00"E., 76.50 feet to a point on the Easterly boundary of said Block 2; thence along said Easterly boundary of Block 2, S.33"00'00"W., 22.00 feet; thence along a line lying 2.65 feet Southerly of and parallel with the Northerly boundary of the aforesaid Lot 4, N.57"00'00"W., 76.50 feet to a point on the aforesaid Westerly boundary of Block 2; thence along said Westerly boundary of Block 2, N.33"00'00"E., 2.65 feet to the Point of Beginning. Containing 1683 square feet, more or less.**

4. The lien held by Spinnaker recorded on February 25, 2020, Instrument No. 2020110468, of the Official Records of Hillsborough County, Florida, shall be deemed void pursuant to 11 U.S.C. § 506(d), and shall be extinguished automatically, **to the extent that it is attached to Debtor's one-half interest in the Property** without further order of this Court, upon the recordation in the public records of a certified copy of this Order together with a certified copy of the Chapter 13 Trustee's Notice to Court of Completion of Payments Under Confirmed Chapter 13 Plan.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the Chapter 13 Trustee files a notice of completion of plan payments in this case.

6. This Court reserves jurisdiction to reconsider, if appropriate, the avoidance of Spinnaker's lien at any time prior to Debtor's successful completion of the Chapter 13 plan.

7. This Order is effective only if this case is not dismissed or converted to Chapter 7; however, if this case is dismissed or converted, this Order is null and void.

3

8. This Order does not prohibit Spinnaker from asserting, at any time prior to Debtor's successful completion of the Chapter 13 plan, any rights it may have as a defendant in any foreclosure proceeding brought by a senior mortgagee, including the right to claim excess proceeds from any foreclosure sale.

Attorney Barbara Brown is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file proof of service within 3 days of its entry.